# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Theresa Behn**

      Plaintiff

vs.                           **CASE NUMBER: 3:20-cv-985 (DEP**

**Kilolo Kijakazi**

      Defendant

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  ORDER granting Consent Order for Payment of Fees Under the Equal Access to Justice Act re 29 Stipulation filed by Theresa Behn.

All of the above pursuant to the order of the Honorable  David E. Peeple, dated the 2nd day of May, 2022.


DATED: May 2, 2022

                                           _John Domurad_
                                           Clerk of Court

                                           s/Kathy Rogers
                                           Deputy Clerk